UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  RAKESH D. ANANDANI, | : | Case No. 16-10533REF |
| Debtor | : | Chapter 7 |

------------------------------------------

| | | |
|---|---|---|
| WYNN LAS VEGAS, LLC., GNLV Corp., | : | |
| and GOLDEN NUGGET ATLANTIC | : | |
| CITY, LLC, | : | Adv. No. 16-224 |
| Plaintiffs | : | |
| vs. | : | |
| RAKESH D. ANANDANI | : | |
| Defendant | : | |

# ORDER

AND NOW, this 11 day of September, 2017, for the reasons explained in more detail in the accompanying Memorandum Opinion of even date herewith,

IT IS HEREBY ORDERED that JUDGMENT is ENTERED ON THE COMPLAINT IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFFS and the debts in issue are HEREBY FOUND TO BE DISCHARGEABLE.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge